UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MELISSA NICOLE SHERRILL,<br><br>    Defendant. | 10-CR-00100-FVS-2<br><br>Order Granting United States'<br>Motion to Quash Writ of Habeas<br>Corpus Ad Prosequendum |

Based upon the government's motion to quash the Writ of Habeas Corpus Ad Prosequendum in the above-entitled matter,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus Ad Prosequendum for MELISSA NICOLE SHERRILL is quashed.

DATED August 10, 2010.

                  S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

Order Granting United States' Motion to Quash
Writ of Habeas Corpus Ad Prosequendum - 1