PROB 12C  
(7/93)

Report Date: May 14, 2012

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Melissa Nicole Sherrill    Case Number: 2:10CR00100-002

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 18, 2011

Original Offense:    Conspiracy to Defraud the United States with Respect to Claims for Income Tax Refunds, 18 U.S.C. § 286

Original Sentence:   Prison - 16 Months;           Type of Supervision: Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney: George J. C. Jacobs, III      Date Supervision Commenced: April 27, 2012

Defense Attorney:    Jaime Hawk                    Date Supervision Expires: April 26, 2015

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

1    **Special Condition #14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence**: Melissa Sherrill was released from the Bureau of Prisons in Dublin, California, on May 9, 2012. She was provided airfare to fly to Spokane, Washington, and report to the Port of Hope Residential Reentry Center (RRC). Ms. Sherrill arrived at the RRC on the evening of May 9, 2012. On Sunday, May 13, 2012, Ms. Sherrill collected money from the other inmates at the RRC and indicated that she was ordering pizza for everyone. Ms. Sherrill then absconded from the RRC with the money she had collected from the other inmates. Her whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re:  Sherrill, Melissa Nicole
May 14, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/14/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

s/ Fred  Van Sickle

Signature of Judicial Officer

05/15/12

Date