PROB 12C  
(7/93)

Report Date: August 21, 2013

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Melissa Nicole Sherrill | Case Number: 2:10CR00100-002 |

Address of Offender: Spokane County Jail, Spokane, Washington

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: March 18, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Defraud the United States with Respect to Claims for Income Tax Refunds, 18 U.S.C. § 286 | | |
| Original Sentence: | Prison - 16 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: | April 27, 2012 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: | April 26, 2015 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on May 14, 2012.

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The offender shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: The offender was charged on March 29, 2013, in Multnomah County, Oregon, Circuit Court with two counts of identity theft. According to a criminal history records check, the offender received 18 months in prison and a $4433 fine on count 1, and 366 days in prison for count 2. It appears nine other felony counts of identity theft were dismissed at the time of sentencing. |
| | Ms. Sherrill appears to have a warrant pending from Marion County, Oregon, Circuit Court from September 7, 2012, for identity theft. It also appears there is an additional warrant pending from Walla Walla, Washington, for non compliance of a previous supervision order. The Walla Walla Sheriff's Office was contacted, and confirmed the warrant is still outstanding. |
| | Information was requested regarding the details of the new criminal conduct; however, due to current budget restraints, those reports cannot be made available per Multnomah County. |

Prob12C
Re:  Sherrill, Melissa Nicole
August 21, 2013
Page 2

|  |  |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| Executed on: | 8/21/2013 |
| | s/Anne L. Sauther |
| | Anne L. Sauther<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Other

| |
|---|
| s/ Fred Van Sickle |
| Signature of Judicial Officer |
| 8/22/13 |
| Date |