PROB 12C
(7/93)

Report Date: March 28, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Melissa Nicole Sherrill | Case Number: 0980 2:10CR00100-RMP-2 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 18, 2011

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Defraud the United States with Respect to Claims for Income Tax Refunds , 18 U.S.C. § 286 | |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: September 30, 2014 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 29, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on December 9, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 29, 2016, the offender was arrested in Portland, Oregon, on her outstanding federal warrant, additional outstanding warrants, and was also charged with two counts of identity theft. |
| 3 | **Special Condition # 18**: You shall not obtain any form of identification, including a driver's license or state identification card, social security number, birth certificate, credit card, or passport, in the name of any other person.  Further, you shall use no other name, other than your true, legal name.<br><br>**Supporting Evidence**: On February 29, 2016, the offender was found to be in possession of identification documentation and other items for individuals other than herself, and was charged with two counts of identity theft.  The offender was not forthcoming with her true name to law enforcement on February 29, 2016. |


Prob12C
Re: Sherrill, Melissa Nicole
March 28, 2016
Page 2

4     **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On February 29, 2016, the offender was driving a vehicle that had been reported stolen. The offender's passenger was arrested on that date for possession of a stolen motor vehicle, and the individual reportedly also had a non-extraditable warrant out of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/28/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

3/29/2016

Date