Case 2:10-cr-00100-RMP    ECF No. 181    filed 02/09/18    PageID.709    Page 1 of 3

PROB 12C
(6/16)

Report Date: February 9, 2018

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 09, 2018**

SEAN F. McAVOY, CLERK

Name of Offender: Melissa Nicole Sherrill            Case Number: 0980 2:10CR00100-RMP-2

Address of Offender: None

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 18, 2011

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Defraud the United States with Respect to Claims for Income Tax Refunds, 18 U.S.C. § 286 | |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/18/2013) | Prison - 14 months<br>TSR - 22 months | |
| Revocation Sentence:<br>(10/31/2016) | Prison - 14 months<br>TSR - 8 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: February 7, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 6, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Standard Condition # 8**: The defendant must report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation office tells the defendant to report to a different probation office or within a different time frame.

**Supporting Evidence**: On February 9, 2017, a conference call was conducted.  At the time, Ms. Sherrill was serving her revocation sentence in this matter. The conditions of supervised release were read to Ms. Sherrill, which included mandatory condition number 1, as noted above.  A copy of her judgment was provided to her case manager at the institution.  Ms. Sherrill signed a copy of her judgment indicating an understanding of the conditions of

Prob12C
**Re: Sherrill, Melissa Nicole**
**February 9, 2018**
**Page 2**

supervised release imposed.

On January 31, 2018, a conference call was held with the Washington State Department of Corrections (WADOC) and Ms. Sherrill. At the time, Ms. Sherrill was serving her sentence with the WADOC in relation to violations of her state probation. Mr. Sherrill was directed to report to the Spokane Residential Reentry Center (SRRC) upon her release from WADOC custody and arrival to Spokane.

A residential reentry center placement date was secured for February 7, 2018. Ms. Sherrill released that day from WADOC custody. WADOC purchased her a greyhound bus ticket to get to Spokane. She was expected to arrive in Spokane at approximately 4:10 p.m. Ms. Sherrill was expected to report directly to the SRRC that same day.

Ms. Sherrill failed to appear at the SRRC as directed. She has not contacted the undersigned officer or reported to the U.S. Probation Office. Her whereabouts are currently unknown, and it appears she has absconded.

2     **Special Condition # 29**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On February 9, 2017, a conference call was conducted. At the time, Ms. Sherrill was serving her revocation time in this matter. The conditions of supervised release were read to Ms. Sherrill, which included special condition number 29, as noted above. A copy of her judgment was provided to her case manager at the institution. Ms. Sherrill signed a copy of her judgment indicating an understanding of the conditions of supervised release imposed.

On January 31, 2018, a conference call was held with the Washington State Department of Corrections (WADOC) and Ms. Sherrill. At the time, Ms. Sherrill was serving custody time with the WADOC in relation to violations of her state probation. Mr. Sherrill was directed to report to the Spokane Residential Reentry Center upon her release from WADOC custody and arrival to Spokane.

A residential reentry center placement date was secured for February 7, 2018. She released that day from WADOC custody. WADOC purchased her a greyhound bus ticket to get to Spokane. She was expected to arrive in Spokane at approximately 4:10 p.m. Ms. Sherrill was expected to report directly to the SRRC that same day.

Ms. Sherrill failed to appear at the SRRC as directed. She has not contacted the undersigned officer or reported to the U.S. Probation Office. Her whereabouts are currently unknown, and it appears she has absconded.

Prob12C
**Re: Sherrill, Melissa Nicole**
**February 9, 2018**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 02/09/2018 |
| | s/Melissa Hanson |
| | Melissa Hanson |
| | U.S. Probation Officer |

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

2/9/2018
Date