PROB 12C
(6/16)

Report Date: July 18, 2018

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Melissa Nicole Sherrill      Case Number: 0980 2:10CR00100-RMP-2

Address of Offender: None/Clark County Jail

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 18, 2011

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Defraud the United States with Respect to Claims for Income Tax Refunds , 18 U.S.C. § 286 | |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/18/2013) | Prison - 14 months<br>TSR - 22 months | |
| Revocation Sentence:<br>(10/31/2016) | Prison - 14 months<br>TSR - 8 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: February 7, 2018 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: October 6, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/09/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 9, 2017, a conference call was conducted. At that time, Ms. Sherrill was serving her revocation sentence in this matter. The conditions of supervised release were read to Ms. Sherrill, which included standard condition number 1, as noted above. A copy of her judgment was provided to her case manager at the institution. Ms. Sherrill signed a copy of her judgment indicating an understanding of the conditions of supervised release imposed. |

Prob12C
**Re: Sherrill, Melissa Nicole**
**July 18, 2018**
**Page 2**

Melissa Sherrill violated the terms of her supervised release by being charged with one count of Second Degree Theft, in violation of RCW9A.56.040, two counts of Second Degree Identity Theft, in violation of RCW 9.35.020 and two counts of Third Degree Theft, in violation of RCW 9A.56.050.

On June 3, 2018, Mr. Sherrill was arrested in relation to the above-noted law violations by the Clark County Sheriff's Office in Vancouver, Washington.

Available incident reports indicated that beginning in early May 2018, Clark County Sheriff's Office was investigating a reported theft. The victim had indicated that his girlfriend, known to him as "Alexis Pacini" at the time, had stolen his wallet and later noted unauthorized transactions occurred on his bank account. The transactions included purchases, as well as, attempts to complete money transfers. The investigation later revealed that Alexis Pacini is actually Melissa Sherrill.

The Clark County Prosecutors Office advised that the second degree theft is a result of her taking the victim's debit card; the two second degree identity thefts are related to her using the debit card for purchases; and the two third degree theft charges are in relation to her receiving the actual property purchased with the stolen debit card.

4    **Standard Condition #10:** The defendant must not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: On February 9, 2017, a conference call was conducted. At that time, Ms. Sherrill was serving her revocation sentence in this matter. The conditions of supervised release were read to Ms. Sherrill, which included standard condition number 10, as noted above. A copy of her judgment was provided to her case manager at the institution. Ms. Sherrill signed a copy of her judgment indicating an understanding of the conditions of supervised release imposed.

Ms. Sherrill violated the terms of her supervised release by leaving the Eastern District of Washington without prior approval, on or about June 3, 2018.

On June 3, 2018, Ms. Sherrill was arrested in Vancouver, Washington (Western District of Washington). Ms. Sherrill had previously absconded from supervision and was never granted permission to travel outside of the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/18/2018

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Sherrill, Melissa Nicole**
**July 18, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

7/18/2018
_____
Date